**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

RHONDA SMILEY                                                PLAINTIFF

V.                                    4:23CV00517 JM

TOWCO INVESTMENTS LLC
d/b/a Hook Towing and Recovery                              DEFENDANT

## ORDER

In light of the settlement between the parties, this case is dismissed with prejudice.  The

Clerk is directed to close the case.

IT IS SO ORDERED this 28th day of May, 2026

.

_____
James M. Moody Jr.
United States District Judge